391 A.2d 686

Commonwealth v. James Otha Johnson, Appellant.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.